**LOWENSTEIN SANDLER PC**
Attorneys at Law
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500
*Attorneys for Defendant*
*Prudential Insurance Company of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| KATHRYN GARCIA, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Civil Action No. 08-5756 (JAG) (MCA)<br><br>**STIPULATION AND ORDER** |

WHEREAS Defendant's response to the Complaint is currently due on February 2, 2009; and

WHEREAS the parties wish to establish a framework for a briefing schedule regarding any motion filed in response to Plaintiff's Complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that:

1. Defendant shall have up to and including March 4, 2009 to file an answer or responsive motion to Plaintiff's Complaint.

2. If Defendant files a motion in response to the Complaint, Plaintiff's answering papers in opposition to the motion shall be due on April 3, 2009; and

15370/25
01/29/2009 10746370.2

3. Defendant's reply papers in further support of its motion shall be due on April 24, 2009.

| | |
|---|---|
| Lite DePalma Greenberg & Rivas, LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Tel.: (973) 623-3000<br>*Attorneys for Plaintiff* | Lowenstein Sandler PC<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>Tel: (973) 597-2500<br>*Attorneys for Defendant* |
| By: _____ (TM)<br>       Bruce D. Greenberg | By: _____<br>       John R. Middleton, Jr. |

IT IS SO ORDERED:

_____
Hon. Joseph A. Greenaway, U.S.D.J.

Dated: ~~January~~ February 4, 2009